GERALD F. GRANGER, Respondent, v. JULIUS ULLMAN, Appellant.— Final order affirmed, with costs. All concur; Harris, J., not voting. (The final order of Erie County Court, FISCHER, J., affirms an award by the Justice of the Peace of the Town of West Seneca of certain premises to landlord and dismisses the appeal, in a proceeding to remove a tenant from said premises.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.

NEW YORK CENTRAL RAILROAD COMPANY et al., Appellants-Respondents, v. RICHARD F. HARRISON et al., Respondents-Appellants, et al., Defendants.— Motion (1) for an order correcting the order of reversal entered herein October 3, 1947 (272 App. Div. 531), to conform it to the decision of the court; (2) for an order permitting the defendants to appeal to the Court of Appeals upon certified questions; (3) if such motions be denied, for an order granting a reargument of the appeal taken herein by the plaintiff; (4) if such motions be denied, for directions for the guidance of the Special Term and the Commission on the rehearing directed to be had by this court. Motions denied in all respects, without costs. All concur, except McCurn, J., who dissents and votes to amend the order of reversal so as to read " on the law " and to certify to the Court of Appeals the question as to the correct rule for ascertaining the damages. Present — Harris, McCurn, Larkin and Love, JJ.

In the Matter of the Construction of the Will of NORMAN L. BATES, Deceased. SARAH B. TOMPKINS et al., Appellants; J. P. MORGAN & CO., INCORPORATED, as Administrator with the Will Annexed of NORMAN L. BATES, Deceased, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Harris, McCurn, Larkin and Love, JJ. [See 272 App. Div. 559.]

### FIRST DEPARTMENT, JANUARY, 1948.
### (January 13, 1948.)

In the Matter of JOSEPH S. MEADOW, an Attorney.— Motion for reinstatement granted. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

In the Matter of MARTIN S. ZISSER, an Attorney.— Motion for reinstatement granted. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

### (January 19, 1948.)

In the Matter of CAROLYN SILBERMANN, Respondent, against FERDINAND Q. MORTON et al., Constituting the Municipal Civil Service Commission of the City of New York, Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

In the Matter of LOUISE HODOSSY et al., Respondents, against CITY OF NEW YORK, Appellant.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion denied. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

J. RALPH JACOBY, Appellant, v. THERESE SMITH, Respondent.— Orders unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

CHRISTINE VAN BUREN, Appellant-Respondent, v. RALPH VAN BUREN, Respondent-Appellant.— Order unanimously modified by increasing alimony to $75 per week and as so modified affirmed, with $20 costs and disbursements to the plaintiff. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See post, p. 853.]